MYRON WINTERS, Appellant, v. NORTH KENSINGTON REFINERY, INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HUGO R. DEMATTEIS, Respondent, v. MARITIME STORES CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROSE YEDLIN, Respondent, v. MEYER E. YEDLIN, Appellant.— Order unanimously modified by directing payment of $209.60 to the New York Life Insurance Company in payment of the loan procured to pay the premiums on the policy, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PHYLLIS CAMERON ISAAC, Respondent, v. LESTER B. ISAAC, Appellant.— Order granting plaintiff's motion for additional alimony and counsel fees unanimously modified by striking therefrom the provision for additional alimony and reducing the additional counsel fee to the sum of $200, and as so modified affirmed, without costs. Appeal from order entered December 22, 1937, unanimously dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See post, p. 880.]

LEO BAUMAN, Doing Business as BAUMAN BROS., Appellant, v. ARCHER TRADING CORP., Respondent.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

POST INSTITUTE, INC., and LOUIS J. STERN, Appellants, v. LANDER CO., INC., and S. H. KRESS & CO., INC., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MOLLIE ELBERG, Respondent, v. SAMUEL L. ORLINGER, Appellant.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to modify by eliminating allowances to the plaintiff.

FLORA WESTCOTT CLERE (Mrs. T. H. CLERE), Appellant, v. E. W. EDWARDS & SON, a Corporation, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

BERTHA RYCHLOVSKY, Respondent, v. FRANK RYCHLOVSKY, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of EMANUEL GUTTMAN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.